# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Norman Edgar White<br>aka Norman E. White, I<br>aka Norman E. White, Sr.<br>fdba Norman E. White & Son<br><br>**Debtor** | BK NO. 18-03037 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    412-430-3594