```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 18-03037-RNO
Norman Edgar White                                                       Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: PRatchfor              Page 1 of 2         Date Rcvd: Aug 15, 2018
                             Form ID: ntnew341            Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
```
db              +Norman Edgar White,    c/o Norman E. White, II,    7323 Jonestown Road,
                  Harrisburg, PA 17112-3654
5086740         +Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
5086742         +Citibank/The Home Depot,    Centralized Bankruptcy,    PO Box 790034,    St Louis, MO 63179-0034
5086743         +Colonial Manor Rehab,    970 Colonial Avenue,    York, PA 17403-3498
5086745         +Hampden Physician Associates,    3456 Trindle Road,    Camp Hill, PA 17011-4457
5086746         +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
5086747         +Law Office of Hayt, Hayt &,    123 South Broad Street, Ste 1660,    Philadelphia, PA 19109-1003
5086748         +Memorial Eye,    4100 Linglestown Road,    Harrisburg, PA 17112-6006
5086749         +Norman E. White, II,    7323 JONESTOWN ROAD,    Harrisburg, PA 17112-3654
5086750         +Northstar Location Services, LLC,    PO Box 49,    Bowmansville, NY 14026-0049
5086751         +Northumberland Co Tax Claim,    399 South Fifth Street,    Sunbury, PA 17801-3201
5086737          PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                  Harrisburg, PA 17128-0431
5086755         +PSERS,    5 North 5th Street,    Harrisburg, PA 17101-1999
5086752         +Pinnacle Medical Services,    c/o Bureau of Account Mgmt,    PO Box 8875,
                  Camp Hill, PA 17001-8875
5086753         +Powell, Inc,    1 Fisher Street,    Halifax, PA 17032-8845
5086754         +Premier Eye Care Group,    92 Tuscarora Street,    Harrisburg, PA 17104-1691
5086756         +Senior Life,    401 Broad Street,    Johnstown, PA 15906-2716
5086757         +Shell/Citi,    PO Box 6497,    Sioux Falls, SD 57117-6497
5086759         +South Central EMS, Inc.,    Billing Office,    PO Box 726,    New Cumberland, PA 17070-0726
5086760         +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    PO Box 9475,
                  Minneapolis, MN 55440-9475
5086761         +Urology of Central PA,    c/o Commercial Acceptance,    2300 Gettysburg Road,
                  Camp Hill, PA 17011-7303
5086762         +West Hanover Township Sewer Authori,    7901 Jonestown Road,    Harrisburg, PA 17112-9728
5090578         +West Hanover Township Water and Sewer Authority,    7901 Jonestown Road,
                  Harrisburg, PA 17112-9728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5086739         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 15 2018 19:35:49
                  Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd, 5th Fl,
                  Coral Gables, FL 33146-1873
5086741         +E-mail/Text: bankruptcydpt@mcmcg.com Aug 15 2018 19:35:30       CitiBank, N.A.,
                  c/o Midland Funding,    2365 Northside Drive, Suite 30,    San Diego, CA 92108-2709
5089973          E-mail/Text: mrdiscen@discover.com Aug 15 2018 19:34:31       Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5086744         +E-mail/Text: mrdiscen@discover.com Aug 15 2018 19:34:31       Discover Financial,    PO Box 3025,
                  New Albany, OH 43054-3025
5086736          E-mail/Text: cio.bncmail@irs.gov Aug 15 2018 19:35:12       Internal Revenue Service,    POB 7346,
                  Philadelphia, PA 19101-7346
5087005         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2018 20:09:45
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5086758         +E-mail/Text: nailda@centralcreditaudit.com Aug 15 2018 19:36:05
                  Sollenberger Colon/Rectal Su,    c/o Central Credit Audit,    PO Box 735,
                  Sunbury, PA 17801-0735
                                                                                              TOTAL: 7

                  ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5086738           Alberta White (deceased)
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*             +West Hanover Township Water and Sewer Authority,    7901 Jonestown Road,
                  Harrisburg, PA 17112-9728
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com

    Gary J Imblum    on behalf of Debtor 1 Norman Edgar White gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com

    James  Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com

    Melissa L. Van Eck    on behalf of Creditor    West Hanover Township Water and Sewer Authority mvaneck@daleyzucker.com,  vaneck@comcast.net

    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Norman Edgar White,
aka Norman E. White I, aka Norman E. White Sr., fdba Norman E. White & Son,

**Debtor 1**

Chapter 13

Case No. 1:18−bk−03037−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: September 20, 2018 Time: 12:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 15, 2018 |

ntnew341 (04/18)