UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
NORMAN EDGAR WHITE      :    Case No.: 18-03037
                        :    Chapter 13
    Debtor              :
                        :
                        :
WEST HANOVER TOWNSHIP   :
WATER AND SEWER AUTHORITY :
    Movant              :
                        :

## WITHDRAWAL OF APPEARANCE

    Please withdraw the appearance of Melissa L. Van Eck, Esquire, as counsel for the West Hanover Township Water and Sewer Authority, in the above-captioned matter.

    Respectfully submitted,

Date: September 24, 2018         By /s/ Melissa L. Van Eck
                                                  Melissa L. Van Eck, Esquire
                                                  635 North 12th Street, Suite 101
                                                  Lemoyne, PA 17043
                                                  (717) 724-9821
                                                  mvaneck@daleyzucker.com
                                                  *Attorney for Movant*

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE UNDER BANKRUPTCY RULES 9010, 2002 AND 9007

    **PLEASE TAKE NOTICE** that WEST HANOVER TOWNSHIP WATER & SEWER AUTHORITY appears herein by and through its counsel, Steven P. Miner, Esquire of Daley, Zucker, Meilton & Miner, LLC, and enters its appearance and requests that all notices given or required to be given in this case, whether pursuant to Bankruptcy Rule 2002, 9007, 9010 or Bankruptcy Code Sections 102(1), 343 and 1109(b), or any other provisions of the Bankruptcy Code or Bankruptcy Rules , and all pleadings served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

STEVEN P. MINER, ESQUIRE
Daley Zucker Meilton & Miner, LLC
635 North 12th Street, Suite 101
Lemoyne, Pennsylvania 17043
Email: sminer@daleyzucker.com
(717) 724-9821

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, orders, notices on any application, motion, petition, pleading, request, complaints or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which would affect or seek to affect in any way the rights and obligations of the above referenced creditor, property or pleadings referred to in the Rules specified above, but also includes, without limitation, Orders and Notice of any application, motions, petitions, pleadings, requests, complaints or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone or otherwise:

(1) which affect or seek to affect in any way any rights or interest of WEST HANOVER TOWNSHIP WATER & SEWER AUTHORITY with respect to (a) debtors; (b) property or proceedings thereof which debtors may claim an interest; or (c) property or proceeds thereof in possession, custody or control of Debtors which Debtors may seek to use; or

(2) which require, seek to require any act, delivery of any property, payment or other conduct of Debtors.

DALEY ZUCKER
MEILTON & MINER, LLC

By /s/ Steven P. Miner
Steven P. Miner, Esquire
635 North 12th Street, Suite 101
Lemoyne, PA 17043
(717) 724-9821
sminer@daleyzucker.com
*Attorney for Movant*

Date: September 24, 2018