Donald R Walker Jr.

True Vision Realtors

450 East Main St

Hummelstown, Pa 17036

Dear Mr. White, 9/07/2018

Considering your request to sell your house located at 7803 Sunset Dr. in West Hanover township, I have come up with a Comparative Market Analysis for what I believe you could sell your house for and its value. Due to its deteriorated condition and environmental issues I would suggest you sell it "as is" and market it toward a renovator or a "flipper". It needs considerable work to make it habitable and correct the environmental issues some of which are unknown. We could list it as such or maybe better sell it at auction, again "as is". Below are estimates costs for which are known defects. Mentioned are unknown.

Necessary Visible Repairs and Unknowns

| | |
|---|---|
| 1. Roof and gutters | $21,000 |
| 2. Siding | $11,000 |
| 3. Windows, doors | $12,000 |
| 4. Interior remodel, baths, kitchen (minimum) | $32,000 |
| 5. Remove Debris – 4 cont and labor to clean out | $6,000 |
| 6. Remove collapsed septic tank, system | $9,000 |
| 7. Landscaping, tree removal | $4,000 |
| 8. Remediate basement mold and water damage | ? |
| 9. Remove underground oil tank – possible leak | ? |

Houses in this market: 3 bedroom, 1 ½ bath, garage, ½ acre, will sell for between $140,000 to $183,000 in the current market. However, these houses are habitable and may require minimal work. The current market value of 7803 Sunset Dr. in its condition is between $43,000 and $55,000. We could start at higher number but realistically the value is in the location and the land itself. If you want a more in-depth evaluation I would suggest you get firm pricing for the renovations, oil tank removal, and an environmental inspection to remediate the overwhelming mold problem in the basement.

Attached are photos of the areas of concern, some of which should be addressed before we start processing. Thank you for your interest in having me represent you. If you have any questions, please call.

Sincerely,

Don Walker

717-648-2587

DONALD WALKER
TrueVision, REALTORS
Office Ph: (717) 925-9095
Ph: (717) 648-2587

# Parcel Client 360 Property Report

**7803 Sunset Dr, Harrisburg, PA 17112-3860** **West Hanover Twp** **Tax ID** **68-033-059-000-0000**

Public Records

## Summary Information

| | | | |
|---|---|---|---|
| Owner: | Norman E & Alberta White | Property Class: | Residential |
| Owner Address: | 7803 Sunset Dr | Annual Tax: | $2,615 |
| Owner City State: | Harrisburg, Pa | | |
| Owner Zip+4: | 17112-3860 | | |
| Owner Occupied: | No | | |
| Owner Carrier Rt: | C097 | | |

## Geographic Information

| | | | |
|---|---|---|---|
| County: | Dauphin, PA | Census: | |
| Municipality: | West Hanover Twp | | |
| High Sch Dist: | Central Dauphin | | |
| Tax ID: | 68-033-059-000-0000 | | |

## Assessment & Tax Information

| | | | | | |
|---|---|---|---|---|---|
| Tax Year: | 2018 | Annual Tax: | $2,615 | Total Land Asmt: | $24,800 |
| County Tax: | $754 | Taxable Bldg Asmt: | $79,600 | Total Bldg Asmt: | $79,600 |
| Municipal Tax: | $131 | Water District: | 0 | Total Asmt: | $104,400 |
| School Tax: | $1,730 | | | Taxable Total Asmt: | $104,400 |
| Fire District: | 0 | | | Garbage District: | 0 |
| Light District: | 0 | | | | |

## Lot Characteristics

| | | | |
|---|---|---|---|
| County Desc: | Primary Site | Acres: | 0.57 |
| | | Roads: | Unpaved |
| | | Topography: | Above Street |

## Building Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Total SQFT: | 1,674 | Bed Rooms: | 3 | Basement Type: | Full |
| Residential Design: | 1 Story | Full Baths: | 1 | Garage Type: | Att/BuiltIn/Bsmt |
| Stories: | 1.00 | Total Baths: | 1.1 | Water: | Well/Pvt |
| Abv Grd Fin SQFT: | 1,674 | Family Room: | 0 | Sewer: | Other |
| Part Baths: | 1 | Total Fixtures: | 2 | Year Built: | 1965 |
| Porch/Deck: | Patio | Exterior: | Frame | Total Below Grade SQFT: | 1,092 |
| | | Residential Units: | 1 | | |
| | | Att Grg SQFT: | 600 | | |

## Codes & Descriptions

| | |
|---|---|
| Land Use: | R01 1 Story |
| County Land Desc: | Primary Site |



FRONT



LIVING ROOM



KITCHEN

HALLWAY



BATH ROOM



BASEMENT 1



BASEMENT 2



BASEMENT 3



BASEMENT MOLD CEILING



YARD



ROOF