Donald R Walker Jr.

True Vision Realtors

450 East Main St

Hummelstown, Pa 17036

Dear Mr. White, 9/12/2018

    I looked at your house located at 410 South Market St in Mount Carmel PA. Unfortunately, I do not think that it has any value. When I arrived, the house was unlocked and the rear door to the basement is missing. There have been squatters living in it and there is trash everywhere. It was raining, and the water was leaking from the top floor to the basement. It has been leaking for quite some time because the wood is rotted on each floor and there is black mold everywhere. There are no electrical wires or pipes. This house would be a tough sell even if you gave it away. If left in this condition it will probably have to be razed. The properties on either side are vacant and not in any better condition. I would suggest you try to sell it "as is" and market it toward a renovator or a "flipper". I think you could ask a maximum price of $2,000 but take anything you get for it. It needs considerable work to make it habitable and correct the environmental issues.

    Attached are photos of the areas of concern. At minimum, you should at least secure the building at the rear entrance and put a new lock on the front door. Thank you for your interest in having me represent you. If you have any questions, please call.

Sincerely,

*Don Walker*

717-648-2587















