LOCAL BANKRUPTCY FORM 1007-1(c)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  Norman Edgar White                                    Case No. _____
                          Debtor(s)                          Chapter    13

## CERTIFICATION OF NO PAYMENT ADVICES
## pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, Norman Edgar White, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. §521(a)(1)(B)(iv), **from any source of employment.** I further certify that I received no payment advices during that period because:

- ☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

- ☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☑ I did not receive payment advices due to factors other than those listed above. (Please explain) <u>I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.</u>

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: _____     _____
                                         Norman Edgar White
                                         Debtor