```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-03037-RNO
Norman Edgar White                                                  Chapter 13
       Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1         User: PRadginsk          Page 1 of 2         Date Rcvd: Oct 22, 2018
                             Form ID: ntcnfhrg        Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
db             +Norman Edgar White,    c/o Norman E. White, II,    7323 Jonestown Road,
                 Harrisburg, PA 17112-3654
5086740        +Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
5086742        +Citibank/The Home Depot,    Centralized Bankruptcy,    PO Box 790034,    St Louis, MO 63179-0034
5086743        +Colonial Manor Rehab,    970 Colonial Avenue,    York, PA 17403-3498
5086745        +Hampden Physician Associates,    3456 Trindle Road,    Camp Hill, PA 17011-4457
5086746        +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
5086747        +Law Office of Hayt, Hayt &,    123 South Broad Street, Ste 1660,    Philadelphia, PA 19109-1003
5086748        +Memorial Eye,    4100 Linglestown Road,    Harrisburg, PA 17112-6006
5086749        +Norman E. White, II,    7323 JONESTOWN ROAD,    Harrisburg, PA 17112-3654
5086750        +Northstar Location Services, LLC,    PO Box 49,    Bowmansville, NY 14026-0049
5086751        +Northumberland Co Tax Claim,    399 South Fifth Street,    Sunbury, PA 17801-3201
5086737         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431
5086755        +PSERS,    5 North 5th Street,    Harrisburg, PA 17101-1999
5086752        +Pinnacle Medical Services,    c/o Bureau of Account Mgmt,    PO Box 8875,
                 Camp Hill, PA 17001-8875
5086753        +Powell, Inc,    1 Fisher Street,    Halifax, PA 17032-8845
5086754        +Premier Eye Care Group,    92 Tuscarora Street,    Harrisburg, PA 17104-1691
5086756        +Senior Life,    401 Broad Street,    Johnstown, PA 15906-2716
5086757        +Shell/Citi,    PO Box 6497,    Sioux Falls, SD 57117-6497
5086759        +South Central EMS, Inc.,    Billing Office,    PO Box 726,    New Cumberland, PA 17070-0726
5086760        +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    PO Box 9475,
                 Minneapolis, MN 55440-9475
5086761        +Urology of Central PA,    c/o Commercial Acceptance,    2300 Gettysburg Road,
                 Camp Hill, PA 17011-7303
5086762        +West Hanover Township Sewer Authori,    7901 Jonestown Road,    Harrisburg, PA 17112-9728
5090578        +West Hanover Township Water and Sewer Authority,    7901 Jonestown Road,
                 Harrisburg, PA 17112-9728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5086739        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 22 2018 19:18:05
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd, 5th Fl,
                 Coral Gables, FL 33146-1873
5113722        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 22 2018 19:18:05
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    5th Floor, BK Dept,
                 Coral Gables, FL 33146-1837
5086741        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 22 2018 19:17:51     CitiBank, N.A.,
                 c/o Midland Funding,    2365 Northside Drive, Suite 30,    San Diego, CA 92108-2709
5089973         E-mail/Text: mrdiscen@discover.com Oct 22 2018 19:17:25     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5086744        +E-mail/Text: mrdiscen@discover.com Oct 22 2018 19:17:25     Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
5086736         E-mail/Text: cio.bncmail@irs.gov Oct 22 2018 19:17:30     Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
5101837        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 22 2018 19:17:51     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5087005        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2018 19:37:21
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5086758        +E-mail/Text: nailda@centralcreditaudit.com Oct 22 2018 19:18:19
                 Sollenberger Colon/Rectal Su,    c/o Central Credit Audit,    PO Box 735,
                 Sunbury, PA 17801-0735
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5086738          Alberta White (deceased)
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +West Hanover Township Water and Sewer Authority,    7901 Jonestown Road,
                 Harrisburg, PA 17112-9728
                                                                                  TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2018 at the address(es) listed below:

      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      Gary J Imblum    on behalf of Debtor 1 Norman Edgar White gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
      James Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
      Steven P. Miner    on behalf of Creditor   West Hanover Township Water and Sewer Authority sminer@daleyzucker.com, aewing@daleyzucker.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Norman Edgar White,
 aka Norman E. White I, aka Norman E. White Sr., fdba Norman E. White & Son,

**Debtor 1**

Chapter 13

Case No. 1:18−bk−03037−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **November 28, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 5, 2018<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 22, 2018 |

ntcnfhrg (03/18)