United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                            Case No. 18-03037-HWV
Norman Edgar White                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: MMchugh           Page 1 of 1            Date Rcvd: Aug 30, 2019
                          Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5086739         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 30 2019 19:16:20
               Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd, 5th Fl,
               Coral Gables, FL 33146-1873
                                                                                                                       TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Gary J Imblum   on behalf of Debtor 1 Norman Edgar White gary.imblum@imblumlaw.com,
             gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
             ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
             .com
              James   Warmbrodt   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
             Liability Company bkgroup@kmllawgroup.com
              Janet M. Spears   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
             Liability Company bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com
              Steven P. Miner   on behalf of Creditor   West Hanover Township Water and Sewer Authority
             sminer@daleyzucker.com,   aewing@daleyzucker.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                      TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CASE NO. 1:18-bk-03037 HWV |
| NORMAN EDGAR WHITE : | |
| a/k/a NORMAN E. WHITE, I : | CHAPTER 13 |
| a/k/a NORMAN E. WHITE, SR. : | |
| f/d/b/a NORMAN E. WHITE & SON : | |
| Debtor : | |
| : | |
| NORMAN EDGAR WHITE : | |
| a/k/a NORMAN E. WHITE, I : | |
| a/k/a NORMAN E. WHITE, SR. : | |
| f/d/b/a NORMAN E. WHITE & SON : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| CHARLES J DEHART, III, ESQUIRE, : | |
| CHAPTER 13 TRUSTEE : | |
| BAYVIEW LOAN SERVICING, LLC : | |
| Respondents : | |

## ORDER

Upon consideration of Debtor's Motion for Approval of a Loan Modification,

IT IS HEREBY ORDERED AND DECREED that Federal Bankruptcy Rule 6004(g) is not applicable, and that the Loan Modification of real estate at 7323 Jonestown Road, Harrisburg, Dauphin County, Pennsylvania, through Bayview Loan Servicing, LLC in the amount of $46,628.65 is approved.

Dated: August 29, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)