UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NORMAN EDGAR WHITE
AKA: NORMAN E. WHITE, SR.,
NORMAN E. WHITE,I
DBA: F/D/B/A NORMAN E. WHITE &
SON

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-18-03037-HWV

NORMAN EDGAR WHITE
AKA: NORMAN E. WHITE, SR.,
NORMAN E. WHITE,I
DBA: F/D/B/A NORMAN E. WHITE &
SON

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on July 21, 2020, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of July 21, 2020, the Debtor(s) is/are $2425.00 in arrears with a plan payment having last been made on Aug 12, 2019

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 21, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NORMAN EDGAR WHITE
AKA: NORMAN E. WHITE, SR.,
NORMAN E. WHITE,I
DBA: F/D/B/A NORMAN E. WHITE &
SON

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-18-03037-HWV

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 21, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111-

SERVED ELECTRONICALLY

NORMAN EDGAR WHITE
C/O NORMAN E. WHITE, II
7323 JONESTOWN ROAD
HARRISBURG, PA 17112

SERVED BY 1ST CLASS MAIL

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2020

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com