IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**NORMAN EDGAR WHITE** : CHAPTER 13
a/k/a NORMAN E. WHITE, I :
a/k/a NORMAN E. WHITE, SR. :
f/d/b/a NORMAN E. WHITE & SON :
: CASE NO. 1:18-bk-03037

## SCHEDULE OF POST-PETITION DEBTS

Original filing date: July 23, 2018
Date of Conversion: __*__

| Creditor | Amount |
|---|---|
| PPL<br>2 North 9th Street CPC-GENN1<br>Allentown, PA 18101<br>    Acct. No. Unknown | $Unknown |

Dated: 07 / 22 / 2020

_____
Norman E. White, II, Power of Attorney