In re:                                                          Case No. 18-03037-HWV
Norman Edgar White                                              Chapter 7
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke       Page 1 of 2          Date Rcvd: Jul 23, 2020
                             Form ID: 309A          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2020.
```
db          +Norman Edgar White,   c/o Norman E. White, II,   7323 Jonestown Road,
             Harrisburg, PA 17112-3654
aty         +Ann E. Swartz,   McCabe, Weisberg & Conway, P.C.,   123 South Broad Street,   Suite 2080,
             Philadelphia, PA 19109-1031
aty         +James Warmbrodt,   701 Market Street Suite 5000,   Philadephia, PA 19106-1541
aty         +Janet M. Spears,   Aldridge Pite, LLP,   4375 Jutland Drive,   San Diego, CA 92117-3600
aty         +Steven P. Miner,   Daley Zucker Meilton & Miner, LLC,   635 N. 12th Street,   Suite 101,
             Lemoyne, PA 17043-1225
tr          +Lawrence G. Frank (Trustee),   100 Aspen Drive,   Dillsburg, PA 17019-9621
5308585     +Bayview Loan Servicing, LLC, a Delaware Limited Li,   C.O McCabe, Weisberg & Conway, LLC,
             Suite 1400,   123 South Broad Street,   Philadelphia, PA 19109-1060
5086743     +Colonial Manor Rehab,   970 Colonial Avenue,   York, PA 17403-3498
5157313     +Dauphin County Tax Claim Bureau,   PO Box 1295,   Harrisburg, PA 17108-1295
5086745     +Hampden Physician Associates,   3456 Trindle Road,   Camp Hill, PA 17011-4457
5086746     +KML Law Group PC,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
5086747     +Law Office of Hayt, Hayt &,   123 South Broad Street, Ste 1660,   Philadelphia, PA 19109-1003
5086748     +Memorial Eye,   4100 Linglestown Road,   Harrisburg, PA 17112-6006
5086749     +Norman E. White, II,   7323 JONESTOWN ROAD,   Harrisburg, PA 17112-3654
5086750     +Northstar Location Services, LLC,   PO Box 49,   Bowmansville, NY 14026-0049
5086751     +Northumberland Co Tax Claim,   399 South Fifth Street,   Sunbury, PA 17801-3201
5086737      PA Department of Revenue,   Bureau of Individual Taxes,   Dept 280431,
             Harrisburg, PA 17128-0431
5345875     +PPL,   2 North 9th Street CPC-GENN1,   Allentown, PA 18101-1179
5086755     +PSERS,   5 North 5th Street,   Harrisburg, PA 17101-1999
5086752     +Pinnacle Medical Services,   c/o Bureau of Account Mgmt,   PO Box 8875,
             Camp Hill, PA 17001-8875
5086753     +Powell, Inc,   1 Fisher Street,   Halifax, PA 17032-8845
5086754     +Premier Eye Care Group,   92 Tuscarora Street,   Harrisburg, PA 17104-1691
5086756     +Senior Life,   401 Broad Street,   Johnstown, PA 15906-2745
5086759     +South Central EMS, Inc.,   Billing Office,   PO Box 726,   New Cumberland, PA 17070-0726
5086761     +Urology of Central PA,   c/o Commercial Acceptance,   2300 Gettysburg Road,
             Camp Hill, PA 17011-7303
5086762     +West Hanover Township Sewer Authori,   7901 Jonestown Road,   Harrisburg, PA 17112-9728
5090578     +West Hanover Township Water and Sewer Authority,   7901 Jonestown Road,
             Harrisburg, PA 17112-9728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: gary.imblum@imblumlaw.com Jul 23 2020 19:25:37     Gary J Imblum,
             Imblum Law Offices, P.C.,   4615 Derry Street,   Harrisburg, PA  17111
ust         +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jul 23 2020 19:25:47     United States Trustee,
             228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
5086739     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2020 19:25:49
             Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd, 5th Fl,
             Coral Gables, FL 33146-1873
5337582     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2020 19:25:49
             Bayview Loan Servicing, LLC,   4425 Ponce deLeon Blvd, 5th floor,
             Coral Gables, FL 33146-1873
5113722     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2020 19:25:49
             Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd,   5th Floor, BK Dept,
             Coral Gables, FL 33146-1873
5086741     +EDI: MID8.COM Jul 23 2020 23:28:00     CitiBank, N.A.,   c/o Midland Funding,
             2365 Northside Drive, Suite 30,   San Diego, CA 92108-2709
5086742     +EDI: CITICORP.COM Jul 23 2020 23:28:00     Citibank/The Home Depot,   Centralized Bankruptcy,
             PO Box 790034,   St Louis, MO 63179-0034
5089973      EDI: DISCOVER.COM Jul 23 2020 23:28:00     Discover Bank,   Discover Products Inc,
             PO Box 3025,   New Albany, OH  43054-3025
5086744     +EDI: DISCOVER.COM Jul 23 2020 23:28:00     Discover Financial,   PO Box 3025,
             New Albany, OH 43054-3025
5086736      EDI: IRS.COM Jul 23 2020 23:28:00     Internal Revenue Service,   POB 7346,
             Philadelphia, PA 19101-7346
5086740      EDI: JPMORGANCHASE Jul 23 2020 23:28:00     Chase Card Services,   Correspondence Dept,
             PO Box 15298,   Wilmington, DE 19850
5101837     +EDI: MID8.COM Jul 23 2020 23:28:00     Midland Funding LLC,   PO Box 2011,
             Warren, MI 48090-2011
5087005     +EDI: PRA.COM Jul 23 2020 23:28:00     PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
5086757     +EDI: CITICORP.COM Jul 23 2020 23:28:00     Shell/Citi,   PO Box 6497,
             Sioux Falls, SD 57117-6497
5086758     +E-mail/Text: nailda@centralcreditaudit.com Jul 23 2020 19:25:54
             Sollenberger Colon/Rectal Su,   c/o Central Credit Audit,   PO Box 735,
             Sunbury, PA 17801-0735
5086760     +EDI: WTRRNBANK.COM Jul 23 2020 23:28:00     Tnb-Visa  (TV) / Target,
             C/O Financial & Retail Services,   PO Box 9475,  Minneapolis, MN 55440-9475
```
                                                                              TOTAL: 16

```
                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5086738           Alberta White (deceased)
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*             +West Hanover Township Water and Sewer Authority,   7901 Jonestown Road,
                  Harrisburg, PA 17112-9728
                                                                    TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2020 at the address(es) listed below:
            Ann E. Swartz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability
             Company ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
            Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
            Gary J Imblum    on behalf of Debtor 1 Norman Edgar White gary.imblum@imblumlaw.com,
             gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
             ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
             .com
            James Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
             Liability Company bkgroup@kmllawgroup.com
            Janet M. Spears    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
             Liability Company bkecfinbox@aldridgepite.com,  JSpears@ecf.courtdrive.com
            Lawrence G. Frank (Trustee)   lawrencegfrank@gmail.com,  PA39@ecfcbis.com
            Steven P. Miner    on behalf of Creditor   West Hanover Township Water and Sewer Authority
             sminer@daleyzucker.com,  aewing@daleyzucker.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                       TOTAL: 8
```

| Information to identify the case: | | | | |
|---|---|---|---|---|

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Norman Edgar White | Social Security number or ITIN: | xxx–xx–7545 |
| | First Name   Middle Name   Last Name | EIN: _ _ – _ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13   7/23/18 |
| Case number: | 1:18–bk–03037–HWV | Date case converted to chapter: | 7   7/23/20 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | Debtor's full name | Norman Edgar White | | |
| 2. | All other names used in the last 8 years | aka Norman E. White I, aka Norman E. White Sr.,<br>fdba Norman E. White & Son | | |
| 3. | Address | c/o Norman E. White, II<br>7323 Jonestown Road<br>Harrisburg, PA 17112 | | |
| 4. | Debtor's attorney<br>Name and address | Gary J Imblum<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, PA 17111 | | Contact phone 717 238–5250<br><br>Email: gary.imblum@imblumlaw.com |
| 5. | Bankruptcy trustee<br>Name and address | Lawrence G. Frank (Trustee)<br>100 Aspen Drive<br>Dillsburg, PA 17019 | | Contact phone 717 234–7455<br><br>Email: lawrencegfrank@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

**Receiving Court Issued Orders and Notices by E–Mail:**  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: 7/23/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 4, 2020 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*Valid photo identification and proof of social security number are required\*** | Location:<br><br>**341 meeting will be held telephonically, Refer to the call–in instructions** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge<br>  under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/3/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Case 1:18-bk-03037-HWV    Doc 66    Filed 07/25/20    Entered 07/26/20 00:26:56    Desc
Imaged Certificate of Notice    Page 4 of 4