```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                                  Case No. 18-03037-HWV
Norman Edgar White                                                      Chapter 7
        Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: AutoDocke        Page 1 of 1        Date Rcvd: Jul 23, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2020.
db             +Norman Edgar White,   c/o Norman E. White, II,   7323 Jonestown Road,
                Harrisburg, PA 17112-3654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2020 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability
               Company ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Norman Edgar White gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James   Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkecfinbox@aldridgepite.com,   JSpears@ecf.courtdrive.com
              Steven P. Miner    on behalf of Creditor   West Hanover Township Water and Sewer Authority
               sminer@daleyzucker.com,   aewing@daleyzucker.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
NORMAN EDGAR WHITE : CHAPTER 13
a/k/a NORMAN E. WHITE, I :
a/k/a NORMAN E. WHITE, SR. :
f/d/b/a NORMAN E. WHITE & SON :
: CASE NO. 1:18-03037

## ORDER

Upon consideration of Debtor's Election to Convert Case,

**IT IS HEREBY ORDERED AND DECREED** that the above-captioned case is converted from a Chapter 13 to a Chapter 7 case.

Charles J. DeHart, III, Esquire, Standing Chapter 13, Trustee, is discharged from his duties related to this case.

Dated: July 23, 2020

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (LS)