```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                      Case No. 18-03037-HWV
Norman Edgar White                                          Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2020.
```
db              +Norman Edgar White,   c/o Norman E. White, II,   7323 Jonestown Road,
                 Harrisburg, PA 17112-3654
5308585         +Bayview Loan Servicing, LLC, a Delaware Limited Li,   C.O McCabe, Weisberg & Conway, LLC,
                 Suite 1400,   123 South Broad Street,   Philadelphia, PA 19109-1060
5086742         +Citibank/The Home Depot,   Centralized Bankruptcy,   PO Box 790034,   St Louis, MO 63179-0034
5086743         +Colonial Manor Rehab,   970 Colonial Avenue,   York, PA 17403-3498
5157313         +Dauphin County Tax Claim Bureau,   PO Box 1295,   Harrisburg, PA 17108-1295
5086745         +Hampden Physician Associates,   3456 Trindle Road,   Camp Hill, PA 17011-4457
5086746         +KML Law Group PC,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
5086747         +Law Office of Hayt, Hayt &,   123 South Broad Street, Ste 1660,   Philadelphia, PA 19109-1003
5086748         +Memorial Eye,   4100 Linglestown Road,   Harrisburg, PA 17112-6006
5086749         +Norman E. White, II,   7323 JONESTOWN ROAD,   Harrisburg, PA 17112-3654
5086750         +Northstar Location Services, LLC,   PO Box 49,   Bowmansville, NY 14026-0049
5086751         +Northumberland Co Tax Claim,   399 South Fifth Street,   Sunbury, PA 17801-3201
5086737          PA Department of Revenue,   Bureau of Individual Taxes,   Dept 280431,
                 Harrisburg, PA 17128-0431
5345875         +PPL,   2 North 9th Street CPC-GENN1,   Allentown, PA 18101-1179
5086755         +PSERS,   5 North 5th Street,   Harrisburg, PA 17101-1999
5086752         +Pinnacle Medical Services,   c/o Bureau of Account Mgmt,   PO Box 8875,
                 Camp Hill, PA 17001-8875
5086753         +Powell, Inc,   1 Fisher Street,   Halifax, PA 17032-8845
5086754         +Premier Eye Care Group,   92 Tuscarora Street,   Harrisburg, PA 17104-1691
5086756         +Senior Life,   401 Broad Street,   Johnstown, PA 15906-2745
5086757         +Shell/Citi,   PO Box 6497,   Sioux Falls, SD 57117-6497
5086759         +South Central EMS, Inc.,   Billing Office,   PO Box 726,   New Cumberland, PA 17070-0726
5086760         +Tnb-Visa (TV) / Target,   C/O Financial & Retail Services,   PO Box 9475,
                 Minneapolis, MN 55440-9475
5086761         +Urology of Central PA,   c/o Commercial Acceptance,   2300 Gettysburg Road,
                 Camp Hill, PA 17011-7303
5086762         +West Hanover Township Sewer Authori,   7901 Jonestown Road,   Harrisburg, PA 17112-9728
5090578         +West Hanover Township Water and Sewer Authority,   7901 Jonestown Road,
                 Harrisburg, PA 17112-9728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5086739         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2020 19:25:49
                 Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd, 5th Fl,
                 Coral Gables, FL 33146-1873
5337582         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2020 19:25:49
                 Bayview Loan Servicing, LLC,   4425 Ponce deLeon Blvd, 5th floor,
                 Coral Gables, FL 33146-1873
5113722         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2020 19:25:49
                 Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd,   5th Floor, BK Dept,
                 Coral Gables, FL 33146-1873
5086741         +E-mail/Text: bankruptcydpt@mcmcg.com Jul 23 2020 19:25:46     CitiBank, N.A.,
                 c/o Midland Funding,   2365 Northside Drive, Suite 30,   San Diego, CA 92108-2709
5089973          E-mail/Text: mrdiscen@discover.com Jul 23 2020 19:25:40     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
5086744         +E-mail/Text: mrdiscen@discover.com Jul 23 2020 19:25:40     Discover Financial,   PO Box 3025,
                 New Albany, OH 43054-3025
5086736          E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 23 2020 19:25:42     Internal Revenue Service,
                 POB 7346,   Philadelphia, PA 19101-7346
5086740          E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 23 2020 19:33:20     Chase Card Services,
                 Correspondence Dept,   PO Box 15298,   Wilmington, DE 19850
5101837         +E-mail/Text: bankruptcydpt@mcmcg.com Jul 23 2020 19:25:46     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
5087005         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 19:33:01
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5086758         +E-mail/Text: nailda@centralcreditaudit.com Jul 23 2020 19:25:55
                 Sollenberger Colon/Rectal Su,   c/o Central Credit Audit,   PO Box 735,
                 Sunbury, PA 17801-0735
                                                                                   TOTAL: 11
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5086738          Alberta White (deceased)
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*             +West Hanover Township Water and Sewer Authority,   7901 Jonestown Road,
                 Harrisburg, PA 17112-9728
                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:
    Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
    Gary J Imblum    on behalf of Debtor 1 Norman Edgar White gary.imblum@imblumlaw.com,
    gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase .com
    James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
    Janet M. Spears    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkecfinbox@aldridgepite.com,  JSpears@ecf.courtdrive.com
    Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,  PA39@ecfcbis.com
    Steven P. Miner    on behalf of Creditor    West Hanover Township Water and Sewer Authority sminer@daleyzucker.com,  aewing@daleyzucker.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                 TOTAL: 8

**NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE
MIDDLE DISTRICT OF PENNSYLVANIA
(Effective April 24, 2020)**

On April 24, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in–person chapter 7, 11, 12, and 13 section 341 meetings for cases filed through July 10, 2020.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up–to–date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call–In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call–in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch–tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call–in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call–In Number | Passcode |
|---|---|---|
| Steven Carr | 1–888–282–8246 | 8589279 |
| Mark Conway | 1–866–773–1875 | 5761176 |
| Lawrence Frank | 1–866–724–5066 | 1380190 |
| Leon Haller | 1–866–507–4642 | 2179536 |
| John Martin | 1–866–809–8952 | 7685517 |
| William Schwab | 1–866–707–7516 | 4801433 |
| Robert Sheils | 1–866–714–3930 | 1832207 |
| Lawrence Young | 1–866–453–7506 | 2896054 |

tele341(03/20)