United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Norman Edgar White  
    Debtor(s)

Case No. 18-03037-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 16, 2020      Form ID: 318      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Norman Edgar White, c/o Norman E. White, II, 7323 Jonestown Road, Harrisburg, PA 17112-3654 |
| 5308585 | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, C.O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5086743 | + | Colonial Manor Rehab, 970 Colonial Avenue, York, PA 17403-3498 |
| 5157313 | + | Dauphin County Tax Claim Bureau, PO Box 1295, Harrisburg, PA 17108-1295 |
| 5086745 | + | Hampden Physician Associates, 3456 Trindle Road, Camp Hill, PA 17011-4457 |
| 5086746 | + | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5086747 | + | Law Office of Hayt, Hayt &, 123 South Broad Street, Ste 1660, Philadelphia, PA 19109-1003 |
| 5086748 | + | Memorial Eye, 4100 Linglestown Road, Harrisburg, PA 17112-6006 |
| 5086749 | + | Norman E. White, II, 7323 JONESTOWN ROAD, Harrisburg, PA 17112-3654 |
| 5086750 | + | Northstar Location Services, LLC, PO Box 49, Bowmansville, NY 14026-0049 |
| 5086751 | + | Northumberland Co Tax Claim, 399 South Fifth Street, Sunbury, PA 17801-3201 |
| 5086737 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 5345875 | + | PPL, 2 North 9th Street CPC-GENN1, Allentown, PA 18101-1179 |
| 5086755 | + | PSERS, 5 North 5th Street, Harrisburg, PA 17101-1999 |
| 5086752 | + | Pinnacle Medical Services, c/o Bureau of Account Mgmt, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5086754 | + | Premier Eye Care Group, 92 Tuscarora Street, Harrisburg, PA 17104-1691 |
| 5086756 | + | Senior Life, 401 Broad Street, Johnstown, PA 15906-2745 |
| 5086759 | + | South Central EMS, Inc., Billing Office, PO Box 726, New Cumberland, PA 17070-0726 |
| 5086761 | + | Urology of Central PA, c/o Commercial Acceptance, 2300 Gettysburg Road, Camp Hill, PA 17011-7303 |
| 5086762 | + | West Hanover Township Sewer Authori, 7901 Jonestown Road, Harrisburg, PA 17112-9728 |
| 5090578 | + | West Hanover Township Water and Sewer Authority, 7901 Jonestown Road, Harrisburg, PA 17112-9728 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5086739 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 16 2020 20:36:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd, 5th Fl, Coral Gables, FL 33146-1873 |
| 5337582 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 16 2020 20:36:00 | Bayview Loan Servicing, LLC, 4425 Ponce deLeon Blvd, 5th floor, Coral Gables, FL 33146-1873 |
| 5113722 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 16 2020 20:36:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, BK Dept, Coral Gables, FL 33146-1873 |
| 5086741 | + | EDI: MID8.COM | Nov 17 2020 00:28:00 | CitiBank, N.A., c/o Midland Funding, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2709 |
| 5086742 | + | EDI: CITICORP.COM | Nov 17 2020 00:28:00 | Citibank/The Home Depot, Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 5089973 | | EDI: DISCOVER.COM | Nov 17 2020 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5086744 | + | EDI: DISCOVER.COM | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 17 2020 00:28:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 5086736 | | EDI: IRS.COM | Nov 17 2020 00:28:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5086740 | | EDI: JPMORGANCHASE | Nov 17 2020 00:28:00 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 5101837 | + | EDI: MID8.COM | Nov 17 2020 00:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5087005 | + | EDI: PRA.COM | Nov 17 2020 00:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5086757 | + | EDI: CITICORP.COM | Nov 17 2020 00:28:00 | Shell/Citi, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5086758 | + | Email/Text: nailda@centralcreditaudit.com | Nov 16 2020 20:36:00 | Sollenberger Colon/Rectal Su, c/o Central Credit Audit, PO Box 735, Sunbury, PA 17801-0735 |
| 5086760 | + | EDI: WTRRNBANK.COM | Nov 17 2020 00:28:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5086738 | | Alberta White (deceased) |
| 5086753 | | Powell, Inc, Removed per entry no. 70 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | West Hanover Township Water and Sewer Authority, 7901 Jonestown Road, Harrisburg, PA 17112-9728 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Gary J Imblum | on behalf of Debtor 1 Norman Edgar White gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| Steven P. Miner | on behalf of Creditor West Hanover Township Water and Sewer Authority sminer@daleyzucker.com aewing@daleyzucker.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Norman Edgar White <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7545 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–03037–HWV | |

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Norman Edgar White
aka Norman E. White I, aka Norman E. White
Sr., fdba Norman E. White & Son

**By the court:** *(signature)* 

11/16/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**